1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

| MICHAEL GRECCO<br>PRODUCTIONS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>RHAPSODY INTERNATIONAL,<br>INC.,<br><br>                    Defendant. | CASE NO. C24-652 MJP<br><br>MINUTE ORDER |
| --- | --- |

17

18

19

20

21

22

23

24

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court issues this Order <u>sua sponte</u> in light of the Order granting Plaintiff's Motion for Default. (Dkt. No. 11.) Within 14 days of entry of this Order, Plaintiff must move for default judgment. Failure to abide by this Order may result in dismissal for failure to prosecute.

\\

\\

MINUTE ORDER - 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed November 13, 2024.

3
                                    Ravi Subramanian
4                                   Clerk of Court

5                                    s/Kathleen Albert
                                    Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2